IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| PLAN 3, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GE GROUP ADMINISTRATORS, INC. )<br>and GENWORTH FINANCIAL, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. AW-05-1581 |

**CONSENT MOTION FOR AN EXTENSION OF
TIME TO RESPOND TO THE COMPLAINT**

Defendant GE Group Administrators, Inc. ("GEGA") respectfully requests an extension of time to answer, move or otherwise respond to the Complaint up to and including July 25, 2005. GEGA's time to respond to the Complaint has not expired and counsel for Plan 3, Inc. has consented to this extension of time. No previous extension has been requested. A proposed Order is attached.

Respectfully submitted,

_/s/ M. Evan Corcoran_
M. Evan Corcoran
WILEY REIN & FIELDING LLP
1776 K Street NW
Washington, DC 20006
TEL: (202) 719-7000
FAX: (202) 719-7049

*Counsel for Defendant GE Group
Administrators, Inc.*

July 6, 2005